Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM, PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, NV 89113
Telephone: 702-761-6438
Fax: 702-921-6443

*Attorney for Plaintiff Justin Ligeri*

Kenneth Januszewski, SBA #009482
**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Avenue, Suite 1700
Phoenix, AZ 85004
Telephone: (602) 234-8799
Facsimile: (602) 234-0341
kenj@bcattorneys.com

Christopher B. Anthony, SBA #9748
**BOYACK ORME ANTHONY & MCKIEVE**
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
(702) 562-3415
(702) 562-3570 (fax)
canthony@boyacklaw.com

*Attorneys for Defendants John Burns, Jr., and Joshua Tischer*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Justin Ligeri, an individual, | Case No.: 2:22-cv-00284 |
| Plaintiff, | |
| vs. | |
| John Burns, Jr., an individual; Joshua Tischer, an individual; Does I though X And Roe Corporations I through X, inclusive | **STIPULATION OF DISMISSAL** |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff Justin Ligeri ("Plaintiff") and Defendants John Burns, Jr. and Joshua Tischer, by and through undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice with respect to Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party is to bear its own costs and attorneys' fees.

Dated: June 20, 2022

**BURCH & CRACCHIOLO, P.A.**

_/s/ Kenneth Januszewski_____
Kenneth Januszewski
1850 N. Central Avenue, Suite 1700
Phoenix, AZ 85004
kenj@bcattorneys.com

And

**BOYACK ORME ANTHONY & MCKIEVE**

_/s/ Christopher B. Anthony_____
Christopher B. Anthony
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
canthony@boyacklaw.com

*Attorneys for John Burns, Jr. and*
*Joshua Tischer*

**SCHWAB LAW FIRM, PLLC**

_/s/ Evan D. Schwab_____
Evan D. Schwab
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, NV 89113
evan@schwablawnv.com

*Attorney for Justin Ligeri*

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, (ECF No. 4), is **DENIED as moot**.

The Clerk of Court shall close this case.

Dated this   21   day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2022, a true and correct copy of the foregoing Stipulation of Dismissal was electronically served with the Court's Odyssey File and Service System and serving all parties with an email address on record, who have agreed to receive Electronic Service in this action.

An Employee of Burch & Cracchiolo, P.A.

STIPULATION OF DISMISSAL